United States District Court

Eastern District of California

Michael J. Brodheim,

        Plaintiff,                    No. Civ. S 02-0573 FCD PAN P

   vs.                                  Order

Michael Cry, et al.,

        Defendants.

                             -oOo-

    February 22, 2005, plaintiff moved to compel discovery. Defendants opposed March 15, 2005, explaining that responses sought by plaintiff, though delayed due to mail problems, were provided March 7, 2005, and the motion to compel was moot. Plaintiff replied March 22, 2005, admitting the motion to compel is moot.  Therefore plaintiff's February 22, 2005, motion to

///

///

///

1  compel is denied as moot.
2      So ordered.
3      Dated:  July 21, 2005.
4                                   /s/ Peter A. Nowinski
                                    PETER A. NOWINSKI
5                                   Magistrate Judge