United States District Court

Eastern District of California

Michael J. Brodheim,

        Plaintiff,                    No. Civ. S 02-0573 FCD PAN P

    vs.                              Order

Michael Cry, et al.,

        Defendants.

-oOo-

    Good cause appearing, defendants shall respond to plaintiff's December 22, 2005, motion for sanctions within five days.

    So ordered.

    Dated:  February 2, 2006.

                                        /s/ Peter A. Nowinski
                                        PETER A. NOWINSKI
                                        Magistrate Judge