IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL J. BRODHEIM,

    Plaintiff,                            No. CIV S-02-0573 FCD PAN P

    vs.

MICHAEL CRY, et al.,

    Defendants.                <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has filed two motions for sanctions against defendant Cry for an alleged failure to comply with the court's July 22, 2005 order requiring a further response to plaintiff's interrogatory number nine. Defendant Cry opposes the request for sanctions.

        After review of the record herein, and good cause appearing, this court finds that defendant Cry has complied fully with the court's July 22, 2005 order and that plaintiff's motions for sanctions are without merit.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff's September 27, 2005 motion for sanctions is denied; and

/////

/////

1

2.  Plaintiff's December 22, 2005 motion for sanctions is denied.

DATED: March 16, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

12
brod0573.san