IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. BRODHEIM,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>MICHAEL CRY, et al.,<br><br>　　　　　　　　　　　　Defendants. | 2:02-cv-0573 FCD PAN (JFM)<br><br>**ORDER** |

On May 2, 2006, defendants sought an extension of time in which to file a dispositive motion. Good cause appearing, defendants are granted 30 days from the date of this order to file a motion for summary judgment.

Dated: May 4, 2006.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

/brod0573.ext

[Proposed] Order

1