IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL J. BRODHEIM,

    Plaintiff,                          No. CIV S-02-0573 FCD PAN P

    vs.

MICHAEL CRY, et al.,

    Defendants.                  <u>ORDER</u>

_____/

        On May 19, 2006, plaintiff filed a document styled as objections to the magistrate judge's order filed May 5, 2006, granting defendants an extension of time to file a motion for summary judgment. Good cause appearing, the court construes this document as a request for reconsideration of the magistrate judge's order. Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

        Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed May 5, 2006, is affirmed.

DATED: May 31, 2006

                                                        /s/ Frank C. Damrell Jr.
                                                        FRANK C. DAMRELL JR.
                                                        United States District Judge