IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL J. BRODHEIM,** | NO. 2:02-cv-0573 FCD PAN (JFM) |
| Plaintiff, | **ORDER** |
| v. | |
| **MICHAEL CRY, et al.,** | |
| Defendants. | |

On June 7, 2006, defendants sought a second extension of time to file a motion for summary judgment. Good cause appearing, defendants request is granted. Defendants must file their motion for summary judgment on or before June 13, 2006.

Dated: June 12, 2006.

UNITED STATES MAGISTRATE JUDGE

/brod0573.ext2

[Proposed] Order

1