IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **MICHAEL J. BRODHEIM,** | 2:02-cv-0573 FCD PAN (JFM) |
| Plaintiff, | **ORDER** |
| v. | |
| **MICHAEL CRY, et al.,** | |
| Defendants. | |

On September 21, 2006, defendants sought an extension to time of 10 days, to and including October 16, 2006, to respond to plaintiff's currently pending motions for sanctions.

Good cause appearing, defendants' request is granted.

DATED: September 21, 2006.

UNITED STATES MAGISTRATE JUDGE

14
brod0573.eot

1