IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

**MICHAEL J. BRODHEIM,**

Plaintiff,

v.

**MICHAEL CRY, et al.,**

Defendants.

2:02-cv-0573 FCD EFB

**ORDER**

On October 16, defendants sought an extension to time of one day, to and including October 17, 2006, to oppose plaintiff's pending motions for sanctions.

Good cause appearing, defendants' request is granted.

Dated: November 1, 2006

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE