IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL J. BRODHEIM,

    Plaintiff,                             No. CIV S-02-0573 FCD EFB P

    vs.

MICHAEL CRY, et al.,

    Defendants.                        ORDER

_____/

    Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. On July 30, 2007, plaintiff requested an extension of time to file objections to the July 20, 2007, findings and recommendations. *See* Fed. R. Civ. P. 6(b). In the thirty days since his request was made, plaintiff has yet to file his objections.

    Plaintiff's July 30, 2007, request is granted and plaintiff has 14 days from the date this order is served to file and serve his objections. The court does not intend to grant additional time.

    So ordered.

Dated: August 30, 2007.

                                              EDMUND F. BRENNAN
                                              UNITED STATES MAGISTRATE JUDGE