1
2
3
4
5
6
7
8                        IN THE UNITED STATES DISTRICT COURT
9                        FOR THE EASTERN DISTRICT OF CALIFORNIA
10                                  SACRAMENTO DIVISION
11

**MICHAEL J. BRODHEIM,**                  2:02-cv-0573 FCD KJN (PC)

                     Plaintiff,

    v.                                   **STIPULATION AND ORDER**

                                         **TO CONTINUE HEARING**

**MICHAEL CRY, et al.,**                  **ON MOTION TO DISMISS**

                     Defendants.

    Counsel for Plaintiff and Defendants stipulate to a continuance of the hearing on Defendants' Motion to Dismiss the Complaint currently scheduled for April 7, 2011, until May 19, 2011, at 10:00 a.m. Plaintiff has not yet filed an opposition and Defendants have not filed their reply. Thus, further briefing is anticipated.

/ / /
/ / /
/ / /
/ / /
/ / /

1

1  The continuance is requested due to Plaintiff's recent grant of a parole date by the
2  California Board of Prison Terms.  However, after the parole hearing was held, the U. S. Supreme
3  Court issued its ruling in *Swarthout v. Cooke,* ___ U.S. ___, 131 S.Ct. 859 (2011), making it
4  unclear whether the grant of parole is still in effect.  Additional time is necessary to determine
5  whether the District Court can, or will, order Plaintiff's release.  Should Plaintiff be released on
6  parole, the parties agree that this matter may become moot, and no further briefing will likely be
7  necessary.  Accordingly, the parties request a continuance of the hearing on Defendants' Motion
8  to Dismiss until May 19, 2011.

9  Dated:  March 30, 2011         By:  */s/  Kelli M. Hammond*
10                                      KELLI M. HAMMOND
                                        Deputy Attorney General
                                        Attorney for Defendants

12
13 Dated:  March 30, 2011         By:  */s/  Joseph D. Elford*
                                        JOSEPH D. ELFORD
                                        Attorney for Plaintiff

16 **IT IS SO ORDERED.**

17 DATED:  April 1, 2011

                                        _____
                                        KENDALL J. NEWMAN
                                        UNITED STATES MAGISTRATE JUDGE

20 SA2003100259
   31227286.doc

2